UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRYSTAL WHITE,

    Plaintiff,

v.

                      Case No. 20-cv-11543
                      Hon. Matthew F. Leitman

CITY OF SOUTHFIELD, *et al.*,

    Defendants.
_____/

## JUDGMENT

In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that **JUDGMENT** in entered in favor of Defendants and against Plaintiff.

                      KINIKIA ESSIX
                      CLERK OF COURT

                By:    s/Holly A. Ryan
                        Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  December 16, 2022
Detroit, Michigan